UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIRTHA GARCIA,

Plaintiff,

vs.                                                                 Case No.: 1:14-cv-21553MGC

PORTFOLIO RECOVERY ASSOCIATES, LLC,

Defendant.
_____/

## JOINT STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE OF PORTFOLIO RECOVERY ASSOCIATES, LLC

Plaintiff Mirtha Garcia, and Defendant Portfolio Recovery Associates, LLC according to Fed. R. Civ. P. 41(a)(1)(ii) jointly stipulate to a dismissal with prejudice of Portfolio Recovery Associates, LLC, in this action, with each party to bear its own attorney's fees and costs.

Dated: October 29, 2014

Respectfully submitted,

/s/ Monica Amor
LAW OFFICES OF MONICA AMOR, P.A.
Monica Amor, Esq.
E-mail: mamor@amorlaw.com
Florida Bar No: 0118664
6355 N.W. 36th Street, Suite 406
Virginia Gardens, Florida 33166
Telephone: (305) 526-8686
Facsimile: (888) 460-7585
Attorney for Plaintiff

/s/ Robert E. Sickles
Hinshaw & Culbertson LLP
Robert E. Sickles, Esq.
Email: RSickles@hinshawlaw.com
Florida Bar No: 167444
100 South Ashley Drive, Suite 500
Tampa, Florida 33602
Telephone: (813) 868-8838
Facsimile: 813-276-1956
Attorney for Defendant Portfolio Recovery Associates, LLC